UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X

AEGIS CAPITAL CORPORATION,

                Plaintiff,

        -against-

DIGITAL ALLY, INC.,

                Defendant.

------------------------------------------------X

Case No. 1:25-CV-09938-JPC

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between plaintiff Aegis Capital Corporation and defendant Digital Ally, Inc., by and through their undersigned counsel, that the above-captioned action is voluntarily dismissed and discontinued in its entirety without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that each party shall bear its own costs, expenses, and attorneys' fees.

Dated: New York, New York
         January 16, 2026

| GUSRAE KAPLAN NUSBAUM PLLC | SULLIVAN & WORCESTER LLP |
|---|---|
| By: /s/ Kari Parks | By: /s/ Christopher K. Shields |
|     Kari Parks |     Christopher K. Shields |
|     120 Wall Street, 25th Floor |     1251 Avenue of the Americas |
|     New York, New York 10005 |     New York, New York 10020 |
|     Tel: (212) 269-1400 |     (212) 660-3000 |
|     kparks@gusraekaplan.com |     cshields@sullivanlaw.com |
| *Attorneys for Plaintiff Aegis Capital Corporation* | *Attorneys for Defendant Digital Ally, Inc.* |